1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BRAD ROBERT MILLER,                    No.  2:15-cv-1365 JAM CKD P

12              Petitioner,

13        v.                                ORDER

14   SCOTT FRAUENHEIM,

15              Respondent.

16

17        This pro se habeas action proceeds on the petition filed June 29, 2015.  (ECF No. 1.)

18   Petitioner challenges his 2012 murder conviction in the Placer County Superior Court.  (Id.)

19   Respondent has filed an answer to the petition.  (ECF No. 13.)

20        Before the court is petitioner's motion to amend the petition, accompanied by a proposed

21   First Amended Petition.  (ECF Nos. 17, 18.)  Respondent has not opposed the motion.

22        Under Rule 15(a) of the Federal Rules of Civil Procedure, leave to amend shall be given

23   freely when justice requires.  In deciding whether justice requires granting leave to amend, factors

24   to be considered include the presence or absence of undue delay, bad faith, dilatory motive,

25   repeated failure to cure deficiencies by previous amendments, undue prejudice to the opposing

26   party, and futility of proposed amendment.  Based on the foregoing factors, the undersigned

27   concludes that justice requires leave to amend in this instance.

28   ////

                                          1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. Petitioner's motion to amend (ECF No. 17) is granted;

3    2. This action shall proceed on the First Amended Petition (ECF No. 18); and

4    3. Respondent is directed to file a response to petitioner's amended habeas petition within

5  thirty days from the date of this order.  See Rule 4, 28 U.S.C. foll. § 2254.

6  Dated:  January 20, 2016

7
     _____
8     CAROLYN K. DELANEY
      UNITED STATES MAGISTRATE JUDGE
9

10

11

12  2/mill1365.amend

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28